```
QUIN DENVIR, Bar #49374
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant                              OK/HAV
HOSIE JABARR HOUSTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-05-149 DFL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| HOSIE JABARR HOUSTON, | DATE: June 9, 2005<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: David F. Levi |

It is hereby stipulated and agreed to between the United States of America through William S. Wong, Assistant United States Attorney, and defendant, Hosie Jabarr Houston, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference, presently scheduled for June 2, 2005, be vacated and rescheduled to Thursday, June 9, 2005 at 10:00 a.m.

This continuance is requested because defense counsel will be out of the district.

IT IS FURTHER STIPULATED that the period from the date of the

signing of this order to June 9, 2005 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 26, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Matthew C. Bockmon

_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
HOSIE JABARR HOUSTON

Dated:  June 3, 2005

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for

_____
WILLIAM S. WONG
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: 6/2/2005

_____
DAVID F. LEVI
United States District Judge