McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | CR S-05-149 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER RESETTING |
| v. ) | BRIEFING SCHEDULE AND LAW AND |
| ) | MOTION HEARING |
| HOSIE JABARR HOUSTON, ) | |
| ) | DATE: August 25, 2005 |
| Defendant. ) | TIME: 10:00 a.m. |
| _____) | CTRM: Honorable David F. Levi |

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Hosie Jabarr Houston, through his counsel of record, Matthew Bockmon, Assistant Federal Defender, hereby submits this stipulation and order resetting the briefing schedule and law and motion hearing relating to defendant's motion to suppress statements and motion to sever counts in the Indictment.

    Counsel for the government needs additional time to research and fully respond to defendant's motions filed in this matter. Furthermore, the parties need additional time to research and consider sentencing issues relating to the two separate incidents

filed in this Indictment.  Additionally, the parties are actively negotiating a possible resolution to the entire case.  For these reasons, the parties respectfully request that a new briefing schedule be set in this matter as follows:

    1.   Government's response due:  August 12, 2005;

    2.   Defendants' reply, if any, due:  August 19, 2005; and

    3.   Law and motion non-evidentiary hearing set September 1, 2005, at 10:00 a.m.

Due to the pending motions, time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) - delay resulting from pending pretrial motion and 18 U.S.C. § 3151(h)(8)(B)(iv) - to allow reasonable time for counsel to effectively prepare and respond to the motions.

```
                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: August 5, 2005           By:     /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff


DATED: August 5, 2005           By:     /s/ Matthew C. Bockmon
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
```
_____

**ORDER**

For good cause shown above, the briefing schedule and the date set for non-evidentiary hearing on the law and motions filed by the defendant are hereby modified.

**IT IS SO ORDERED.**

DATED: August 10, 2005

                                        /s/Frank C. Damrell Jr.
                                        For HONORABLE DAVID F. LEVI,
                                        UNITED STATES DISTRICT COURT JUDGE