McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-149 DFL |
| Plaintiff, ) | |
| ) | GOVERNMENT'S MOTION FOR AN |
| v. ) | EXTENSION OF TIME TO FILE ITS |
| ) | RESPONSE |
| HOSIE JABARR HOUSTON, ) | |
| ) | DATE: September 2, 2005 |
| Defendant. ) | TIME: 10:00 a.m. |
| _____ ) | CTRM: Honorable David F. Levi |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, hereby submits this motion for an extension of time to file its response to defendant's motion to suppress statements and motion to sever counts in the Indictment.

The government respectfully requests the following modification to the current law and motion schedule:

    1.    Government's opposition by:  September 1, 2005;

    2.    Defendants' reply, if any, due:  September 6, 2005; and

///

///

1     3.    Non-evidentiary law and motion hearing set September 8,
2            2005, at 10:00 a.m., or at the Court's earliest convenience.

Counsels for the government and the defendant have been in good faith negotiations for the past few weeks. At the defendant's counsel's request, the government's counsel obtained authorization to grant the defendant's requested resolution of the case. During the time period in which the government's attorney obtained authorization to extend to the defendant his counsel's requested term for resolution of the case, the respective counsels agreed that it would be unnecessary for the government to file its opposition to the defendant's pending motions. Because the defendant has now rejected any resolution of the case, the government needs a short extension of time to file its opposition. Accordingly, the government respectfully requests an extension of time to file its response and to reschedule the non-evidentiary law and motion hearing from September 2, 2005, to September 8, 2005, at 10:00 a.m.

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: August 30, 2005       By:   /s/ William S. Wong
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff

**ORDER**

Good cause having been shown, it is hereby ordered that the schedule agreed to in open court be adopted.

**IT IS SO ORDERED.**

DATED: 9/2/2005

_____
DAVID F. LEVI
United States District Judge