```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
                                          OK/HAV
 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                 ) CR S-05-149 DFL
12                  Plaintiff,   )
                                 ) STIPULATION AND ORDER RESETTING
13             v.                ) STATUS CONFERENCE, AND EXCLUDING
                                 ) TIME UNDER THE SPEEDY TRIAL ACT
14  HOSIE JABARR HOUSTON,        )
                                 ) DATE:  October 20, 2005
15                  Defendant.   ) TIME:  10:00 a.m.
    _____) CTRM:  Honorable David F. Levi
16
```

17      The United States of America, through its counsels of record,

18 McGregor W. Scott, United States Attorney for the Eastern District

19 of California, and William S. Wong, Assistant United States

20 Attorney, and defendant Hosie Jabarr Houston, through his counsel of

21 record, Matthew Bockmon, Assistant Federal Defender, hereby submit

22 this stipulation and proposed order resetting the status conference

23 on October 13, 2005 to October 20, 2005 at 10:00 a.m.

24      Counsel for the government and the defense are actively

25 negotiating a possible resolution to this matter and require

26 additional time to finalize a plea agreement.

27      Additionally, counsels request that time be excluded from

28 October 13, 2005, to October 20, 2005, from computation of time

1

1  within which the trial of this case must be commenced pursuant to
2  local code T4 (to give counsel reasonable time to prepare).
3                                      Respectfully submitted,
4                                      McGREGOR W. SCOTT
                                       United States Attorney
5
6  Dated: October 12, 2005      By:  /s/ William S. Wong
                                       WILLIAM S. WONG
7                                      Assistant U.S. Attorney
                                       Attorneys for Plaintiff
8
9  DATED: October 12, 2005      By:  /s/ Matthew C. Bockmon
                                       MATTHEW C. BOCKMON
10                                     Assistant Federal Defender
                                       Attorney for Defendant
11
   _____
12                                 **ORDER**
13      For good cause shown above,
14      **IT IS SO ORDERED.**
15 DATED: October 17, 2005_____
16                                     _____
                                       /s/ David F. Levi
                                       HONORABLE DAVID F. LEVI
17                                     UNITED STATES DISTRICT COURT JUDGE

2